RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Joshua Cola

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSHUA COLA,<br><br>        Defendant. | Case No. 2:20-cr-00295-JCM-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Second Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Joshua Cola, that the Revocation Hearing currently scheduled on January 18, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1.  Defense counsel needs to await the outcome of Mr. Cola's new arrest to further prepare for the supervised release violation hearing.

2.  The defendant is in custody and agrees with the need for the continuance.

3.  The parties agree to the continuance.

This is the second request for a continuance of the revocation hearing.

DATED this 17th day of January, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jawara Griffin<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

2

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSHUA COLA,<br><br>    Defendant. | Case No. 2:20-cr-00295-JCM-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, January 18, 2023 at 10:00 a.m., be vacated and continued to **February 22, 2023 at 10:30 a.m**.; or to a time and date convenient to the court.

DATED January 17, 2023.

_____
UNITED STATES DISTRICT JUDGE