RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_griffin@fd.org

Attorney for Joshua Cola

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00295-JCM-EJY |
|---|---|
| Plaintiff, | |
| v. | **MOTION TO WITHDRAW MOTION AT ECF NO. 112** |
| JOSHUA COLA, | |
| Defendant. | |

COMES NOW, Defendant Joshua Cola, by and through his appointed counsel, Jawara Griffin, Assistant Federal Public Defender, and respectfully request that the motion at ECF No. 112 be withdrawn.

The Federal Public Defender Office has resolved this matter internally and Mr. Cola requests that this motion be withdrawn as he no longer wants new counsel appointed.

DATED this July 7, 2023.

RENE L. VALLADARES
Federal Public Defender

By:  */s/ Jawara Griffin*

JAWARA GRIFFIN
Assistant Federal Public Defender
Attorney for Joshua Cola

IT IS SO ORDERED this 8th day of July, 2023.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE