RENE L. VALLADARES
Federal Public Defender
State Bar No. 11479
JAWARA GRIFFIN
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Jawara_Griffin@fd.org

Attorney for Joshua Cola

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA COLA,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00295-JCM-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Sixth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Jawara Griffin, Assistant Federal Public Defender, counsel for Joshua Cola, that the Revocation Hearing currently scheduled on November 29, 2023, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　The allegations supporting the violation is a new law violation. Defense Counsel and the Government need additional time to attempt to come to a resolution in regards to the new law allegation.

　　　　2.　　The defendant is in custody and agrees with the need for the continuance.

3.   The parties agree to the continuance.

This is the sixth request for a continuance of the revocation hearing.

DATED this 27th day of November, 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By /s/ Jawara Griffin<br>JAWARA GRIFFIN<br>Assistant Federal Public Defender | By /s/ Melanee Smith<br>MELANEE SMITH<br>Assistant United States Attorney |

2

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>JOSHUA COLA,<br><br>        Defendant. | Case No. 2:20-cr-00295-JCM-EJY<br><br>**ORDER** |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for Wednesday, November 29, 2023 at 10:00 a.m., be vacated and continued to **February 28, 2024, at 10:00 a.m**.; or to a time and date convenient to the court.

    DATED November 27, 2023.

_____
UNITED STATES DISTRICT JUDGE

3