RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Joshua Cola

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>JOSHUA COLA,<br><br>          Defendant. | Case No. 2:20-cr-00295-JCM-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Seventh Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Cola, that the Revocation Hearing currently scheduled on February 28, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. Defense counsel recently entered her notice of appearance in this case. *See* ECF No. 120. The allegations supporting the violation is a new law violation and the subject of a new charge in case number 2:22-CR-00263-JCM-NJK. Defense Counsel needs additional time to review the allegations and discuss the matter with her client. Further, the parties have reached

a proposed global resolution that defense counsel needs to further discuss with her client and determine how he wishes to proceed with the case.

      2.      The defendant is-in custody and agrees with the need for the continuance.

      3.      The parties agree to the continuance.

This is the seventh request for a continuance of the revocation hearing.

DATED this 22nd of February, 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00295-JCM-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| JOSHUA COLA, | |
| Defendant. | |

    IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for February 28, 2024 at 10:00 a.m., be vacated and continued to **May 1, 2024, at 10:30 a.m.**

    DATED February 26, 2027.

_____
-UNITED STATES DISTRICT JUDGE

3