RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Joshua Cola

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>JOSHUA COLA,<br><br>          Defendant. | Case No. 2:20-cr-00295-JCM-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Eighth Request) |

      IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Cola, that the Revocation Hearing currently scheduled on May 1, 2024, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

      This Stipulation is entered into for the following reasons:

      1.    Some of the allegations in the supervised release petition are the subject of a new charge in case number 2:22-CR-00263-JCM-NJK.  The parties have reached a proposed global resolution and Mr. Cola intends on accepting the plea offer.  Because the cases are

intertwined, the parties move to continue this matter to resolve this case as well as the new case at the same time.[1]

    2.    The defendant is-in custody and agrees with the need for the continuance.

    3.    The parties agree to the continuance.

This is the eighth request for a continuance of the revocation hearing.

DATED this 23rd of April, 2024.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Nisha Brooks-Whittington  
NISHA BROOKS-WHITTINGTON  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By /s/ Melanee Smith  
MELANEE SMITH  
Assistant United States Attorney

---

[1] The parties have contacted the Court to request a change of plea hearing in case number 2:22-CR-00263-JCM-NJK.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA COLA,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00295-JCM-EJY<br><br>**ORDER** |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 1, 2024 at 10:30 a.m., be vacated and continued to **August 2, 2024, at 10:00 a.m.**

DATED April 25, 2024.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE