RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Joshua Cola

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA COLA,<br><br>　　　　Defendant. | Case No. 2:20-cr-00295-JCM-EJY<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>(Twelfth Request) |

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between Sue Fahami, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Cola, that the Revocation Hearing currently scheduled on March 3, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than ninety (90) days.

　　　　This Stipulation is entered into for the following reasons:

　　　　1.　　Some of the allegations in the supervised release petition are the subject of a new charge in case number 2:22-CR-00263-JCM-NJK[1]. The parties have reached a proposed

---

[1] The parties have filed a stipulation in the related case because the Ninth Circuit's decision in *United States v. Duarte*, 101 F.4th 657 (9th Cir. 2024), *vacated pending reh'g en banc*, 108 F.4th 786 (9th Cir. 2024) is pending and bears on Mr. Cola's charges.

global resolution and Mr. Cola intends on accepting the plea offer. Because the cases are intertwined, the parties move to continue this matter to resolve this case as well as the new case at the same time.

2. The defendant is-in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the twelfth request for a continuance of the revocation hearing.

DATED this 24th day of February, 2025.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | SUE FAHAMI<br>Acting United States Attorney |
| By */s/ Nisha Brooks-Whittington*<br>NISHA BROOKS-WHITTINGTON<br>Assistant Federal Public Defender | By */s/ Melanee Smith*<br>MELANEE SMITH<br>Assistant United States Attorney |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>JOSHUA COLA,<br><br>             Defendant. | Case No. 2:20-cr-00295-JCM-EJY<br><br>**ORDER** |

   IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for March 3, 2025 at 10:00 a.m., be vacated and continued to **June 2, 2025** at the hour of **10:00 a.m.**

   DATED February 26, 2025.

_____
UNITED STATES DISTRICT JUDGE