RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
NISHA BROOKS-WHITTINGTON
Assistant Federal Public Defender
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Nisha_Brooks-Whittington@fd.org

Attorney for Joshua Cola

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:20-cr-00295-JCM-EJY |
| Plaintiff, | **STIPULATION TO CONTINUE REVOCATION HEARING** |
| v. | (Thirteenth Request) |
| JOSHUA COLA, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and between Sigal Chattah, Acting United States Attorney, and Melanee Smith, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Nisha Brooks-Whittington, Assistant Federal Public Defender, counsel for Joshua Cola, that the Revocation Hearing currently scheduled on September 3, 2025, be vacated and continued to a date and time convenient to the Court, but no sooner than sixty (60) days.

This Stipulation is entered into for the following reasons:

1. On June 2, 2025, Mr. Cola admitted to violating one condition of his supervised release (*see* ECF No. 91, admission to allegation number two). ECF No. 133. The parties recommended the Court continue the sentencing portion of his revocation hearing to the same date set for sentencing in case number 2:22-CR-00263-JCM-NJK, because the matters are

related. *Id*. The defense is preparing for the sentencing hearing but needs additional time to gather character letters and to prepare a sentencing memorandum for sentencing. Additionally, Mr. Cola is participating in an educational program while in custody and seeks to complete that program prior to sentencing.

2. The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the thirteenth request for a continuance of the revocation hearing.

DATED this 19th day of August, 2025.

RENE L. VALLADARES  
Federal Public Defender

By */s/ Nisha Brooks-Whittington*  
NISHA BROOKS-WHITTINGTON  
Assistant Federal Public Defender

SIGAL CHATTAH  
Acting United States Attorney

By */s/ Melanee Smith*  
MELANEE SMITH  
Assistant United States Attorney

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>JOSHUA COLA,<br><br>　　　　　Defendant. | Case No. 2:20-cr-00295-JCM-EJY<br><br>**ORDER** |

　　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for September 3, 2025 at 10:00 a.m., be vacated and continued to **November 5, 2025, at the hour of 10:00 a.m.**

　　　DATED August 21, 2025.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE